IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03442-WJM-KLM

SETH D. WILSON,

   Plaintiff,

v.

 GC SERVICES, LP,

   Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Seth D. Wilson ("Plaintiff"), through the undersigned counsel, and in support of his Notice of Voluntary Dismissal With Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed with prejudice against the Defendant, GC Services, LP, with both parties to bear their own attorney's fees and cost. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: March 8, 2021

                                                      Respectfully submitted,

                                                      */s/ Alexander J. Taylor*
                                                      Alexander J. Taylor, Esq.
                                                      Sulaiman Law Group, Ltd.
                                                      2500 South Highland Avenue
                                                      Suite 200
                                                      Lombard, Illinois 60148
                                                      Phone: (630) 575-8181
                                                      ataylor@sulaimanlaw.com
                                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ *Alexander J. Taylor*
Alexander J. Taylor, Esq.